IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_NORTHERN_ DIVISION

RECEIVED
21 APR 22 A 10:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

TAYLOR CLARK #265511 )
)
_____ )
Plaintiff(s), ) CIVIL ACTION NO. 2:21-CV-301-WKW-JTA
)
) JURY DEMAND (MARK ONE)
)
v. ) ☑ YES  ☐ NO
~~JEFFERSON DUNN, COMMISSIONER,~~ )
OFFICER TALLEY AND )
CAPTAIN ROGERS, )
Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Fountain 3800, Atmore, Alabama 36503

2. Name and address of defendant(s): Jefferson Dunn, Officer Talli and Captain Rogers, Alabama Department of Corrections 301 South Ripley Street, Montgomery, Alabama 36130

3. Place of alleged violation of civil rights: Staton Correctional Facility For the Alabama Department of Corrections

4. Date of alleged violation of civil rights: March 30, 2021

5. State the facts on which you base your allegation that your constitutional rights have been violated: On or about March 30, 2021 while at my assign living area I was brutally attacked by two (2) inmates and stabbed in the back twice and none of the officer's was there to protect me from this Cruel and Unusual situation which was in fact a lack of security to the Core in direct violation of my 8th and 14th Amendment Rights of the United States Constitution.

1

6. Relief requested: Plaintiff Taylor Clark seeks a trial by Jury and for the lost of said rights Plaintiff seeks a trial for the determination that the Defendants are in fact liable and compensation in the amount of two million Dollars and that Plaintiff be released from these Cruel and unusual condition for which the defendants has no security of any reasonable nature over to the point that lives are being taken for no just cause. Plaintiff seeks Attorney fees also.

Date: 4-19-21

Taylor H. Clark

2

Taylor Clark
#265511-H-Dorm
Fountain Corr. Fac.
Fountain 3800
Atmore, AL 36503

MOBILE AL 366
20 APR 2021 PM 2 L



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
1 CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

"LEGAL MAIL"

36104-401801