IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAYLOR CLARK, #265 511, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-CV-301-WKW |
| | ) [WO] |
| COMMISSIONER JEFFERSON S. DUNN, OFFICER RICHARD TALLEY, and CAPTAIN ROGERS, | ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 4.) There being no timely objections filed to the Recommendation, and upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE this 17th day of August, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE